**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-60557
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES LOUIS POLK,
also known as Little Bay,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:94-CR-95 D-D

March 19, 1999

Before POLITZ, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for James Louis Polk has moved to withdraw and filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Polk has filed a response and moves for substitution of counsel, permission to proceed pro se, and sanctions. Our independent review of counsel's brief, the record, and Polk's response discloses no nonfrivolous issue. Polk's motions are DENIED. Counsel's motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and Polk's appeal is DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.